# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAFEEQ TAQAWI,<br><br>    Petitioner,<br><br>    v.<br><br>CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center,<br><br>    Respondent. | Case No.:  3:26-cv-00169-BTM-MMP<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF NO. 10]** |

Shafeeq Taqawi petitioned the Court for a writ of habeas corpus on January 9, 2026. (ECF No. 1.)  Following briefing, he received asylum on February 24, 2026, and was released from detention on March 5, 2026.  (ECF No. 10.)  The parties have now filed a joint motion to dismiss the petition.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **GRANTS** the joint motion.  The petition is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  March 6, 2026

Honorable Barry Ted Moskowitz
United States District Judge

26-cv-169